UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYLER WRIGHT,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL B. SCOMA, et al,<br><br>  Defendants. | Case No. 2:22-cv-01282-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 9] |

    Pending before the Court is Plaintiff's proposed discovery plan. Docket No. 9. Proposed discovery plans must be submitted as a stipulation. Local Rule 26-1(a). Written stipulations must be signed by all parties or their attorneys. Local Rule 7-1(a). Plaintiff's proposed discovery plan has not been signed by Defendants or Defendants' counsel, Docket No. 9 at 3, and is therefore not a properly formatted stipulation.

    Accordingly, Plaintiff's proposed discovery plan is **DENIED** without prejudice. A properly formatted joint proposed discovery plan must be submitted no later than October 24, 2022.

    IT IS SO ORDERED.

    Dated: October 17, 2022

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge