UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYLER WRIGHT,

    Plaintiff,

v.

MICHAEL B. SCOMA, et al.,

    Defendants.

Case No. 2:22-cv-01282-APG-NJK

**Order**

[Docket No. 6]

Pending before the Court is Plaintiff's motion to strike defendant Scoma Law Firm, PLLC's answer. Docket No. 6. No response has been filed and the deadline to do so has now expired. *See* Docket.

Failure to respond to a motion constitutes consent to the granting of that motion. Local Rule 7-2(d). Additionally, "[i]t is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney." *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir. 2004) (internal quotations and citations omitted).

Accordingly, Plaintiff's motion to strike defendant Scoma Law Firm, PLLC's answer is **GRANTED**.[1] Docket No. 6. Defendant Scoma Law Firm, PLLC must retain counsel and file an answer no later than November 7, 2022.

IT IS SO ORDERED.

Dated: October 24, 2022

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] Plaintiff also requests that the Court enter sanctions and a default against defendant Scoma Law Firm, PLLC. Docket No. 6 at 2, 3. Under Local Rule IC 2-2(b) each type of relief sought must be requested in separate motions. Accordingly, the Court declines to reach Plaintiff's request for sanctions and entry of default at this time.

1