# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TYLER WRIGHT,

    Plaintiff,

v.

MICHAEL B. SCOMA, et al.,

    Defendants.

Case No. 2:22-cv-01282-APG-NJK

**Order**

[Docket No. 11]

Pending before the Court is Plaintiff's motion to enter discovery plan. Docket No. 11. Proposed discovery plans must be submitted as a stipulation. Local Rule 26-1(a). Written stipulations must be signed by all parties or their attorneys. Local Rule 7-1(a). Plaintiff's motion contains emails with Defendants regarding the proposed discovery plan. *See* Docket No. 11-2. However, nowhere in those emails do Defendants fully assent to the proposed discovery plan. Therefore, Plaintiff's references to those emails do not constitute signatures for purposes of Local Rules 7-1(a) and 26-1(a). Docket No. 11-1 at 4; *see also* Local Rule IC 5-1 ("Signatures").

Accordingly, Plaintiff's motion to enter discovery plan is **DENIED** without prejudice. Docket No. 11. Defendants must meet and confer with Plaintiff no later than October 27, 2022, and a joint proposed discovery plan must be submitted no later than October 28, 2022. In addition to the normal requirements for discovery plans, the amended discovery plan must also include a certification that Defendants have read Local Rule 26 in its entirety.

IT IS SO ORDERED.

Dated: October 24, 2022

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge