UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYLER WRIGHT,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL B. SCOMA and SCOMA LAW FIRM, PLLC,<br><br>    Defendants | Case No.: 2:22-cv-01282-APG-NJK<br><br>**Order Accepting Report and Recommendation and Directing Entry of Clerk's Default**<br><br>[ECF Nos. 17, 18, 20] |

On December 27, 2022, Magistrate Judge Koppe recommended that I grant plaintiff Tyler Wright's motions for entry of default against defendants Michael B. Scoma and Scoma Law Firm because they have failed to participate in discovery and failed to comply with court orders. ECF No. 20. The defendants did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 20) is accepted** and the plaintiff's motions for entry of clerk's default **(ECF Nos. 17, 18) are GRANTED**. The clerk of court is instructed to enter default as to defendants Michael B. Scoma and the Scoma Law Firm.

DATED this 30th day of January, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE