# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER WRIGHT,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL B. SCOMA and SCOMA LAW FIRM, PLLC,<br><br>    Defendants | Case No.: 2:22-cv-01282-APG-NJK<br><br>**Order Granting Prejudgment Interest and Directing Entry of Judgment**<br><br>[ECF No. 26] |

I previously ordered that plaintiff Tyler Wright is entitled to judgment against defendants Michael B. Scoma and Scoma Law Firm, PLLC in the amount of $9,725,287.09. ECF No. 27. I directed Wright to file a supplemental brief calculating prejudgment interest on that amount. *Id.* He has done so, and his brief demonstrates that he is entitled to $553,075.75 in prejudgment interest. ECF No. 27.

I THEREFORE ORDER the Clerk of the Court to enter judgment in favor of plaintiff Tyler Wright and against defendants Michael B. Scoma and Scoma Law Firm, PLLC, joint and several, in the amount of $10,278,362.84.

DATED this 9th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE